**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)*: _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **EXTRACTECH, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 84-2296941 |
| 4. | Debtor's address | **Principal place of business**<br><br>**103 MCLEOD ST.**<br>**Yerington, NV 89447**<br>Number, Street, City, State & ZIP Code<br><br>**Lyon**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **EXTRACTECH, LLC**  Case number (*if known*)
      Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

---

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 2

Debtor  **EXTRACTECH, LLC**  Case number (*if known*) _____
       Name

**11. Why is the case filed in *this district*?**

Check all that apply:

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ☒ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☒ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **EXTRACTECH, LLC**                                          Case number (*if known*) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 12, 2020**
             MM / DD / YYYY

X  **/s/ DAVID NEISINGH**                                    **DAVID NEISINGH**
   Signature of authorized representative of debtor             Printed name

Title  **MANAGER**

**18. Signature of attorney**

X  **/s/ ALAN SMITH, ESQ.**                                  Date  **May 12, 2020**
   Signature of attorney for debtor                                MM / DD / YYYY

**ALAN SMITH, ESQ.**
Printed name

**LAW OFFICES OF ALAN R. SMITH**
Firm name

**505 RIDGE STREET**
**Reno, NV 89501**
Number, Street, City, State & ZIP Code

Contact phone  **7752876850**        Email address  **arsnevada52@gmail.com**

**1449 NV**
Bar number and State

# United States Bankruptcy Court
## District of Nevada

In re  __EXTRACTECH, LLC__                                    Case No. _____
                                    Debtor(s)                 Chapter  __11__

# VERIFICATION OF CREDITOR MATRIX

I, the MANAGER of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  __May 12, 2020__          __/s/ DAVID NEISINGH__
                                 **DAVID NEISINGH/MANAGER**
                                 Signer/Title

EXTRACTECH, LLC
103 MCLEOD ST.
YERINGTON, NV 89447

ALAN SMITH, ESQ.
LAW OFFICES OF ALAN R. SMITH
505 RIDGE STREET
RENO, NV 89501

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101-7346

NEVADA DEPARTMENT OF MOTOR VEHICLES
LEGAL DIVISION
855 WRIGHT WAY
CARSON CITY, NV 89711

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON
STE 1300
LAS VEGAS, NV 89101

NEVADA LABOR COMMISSION
1818 E. COLLEGE DRIVE
#102
CARSON CITY, NV 89706

OFFICE OF THE UNITED STATES TRUSTEE
300 BOOTH STREET ROOM 3009
RENO, NV 89509

347 LABES
10 GREG STREET
STE 148
SPARKS, NV 89431

420 PACKAGING
1150 NORTH RED GUM STREET
STE F
ANAHEIM, CA 92806

A-1 NATIONAL FIRE CO.
PO BOX 6783
CAROL STREAM, IL 60197

ACE HARDWARE
119 W. BRIDGE STREET
YERINGTON, NV 89447

AFFORDABLE PROPANE
PO BOX 659
YERINGTON, NV 89447

ALFREDO GONZALEZ
ADDRESS UNKNOWN

ALHAMBRA
6750 DISCOVERY BLVD
MABLETON, GA 30126

ARMSTRONG TRANSPORT GROUP
PO BOX 74815
CHICAGO, IL 60694

ARNOLD MACHINERY COMPANY
2975 WEST 2100 SOUTH
SALT LAKE CITY, UT 84119

BEST LIFE
PO BOX 19721
IRVINE, CA 92623

BRAGG CRANE SERVICES
PO BOX 727
LONG BEACH, CA 90801

BRUCE LAW CORPORATION
5975 HOME GARDENS DRIVE
RENO, NV 89502

CALIFORNIA SPECIAL FOOD
1971 AIRWAY DRIVE
HOLLISTER, CA 95023

CARLSEN & ASSOCIATES
1439 GROVE STREET
HEALDSBURG, CA 95448

CEI ALARM
2155 GREEN VISTA DRIVE
#201
SPARKS, NV 89431

CITY OF YERINGTON
102 S MAIN STREET
YERINGTON, NV 89447

D&S WASTE REMOVAL
PO BOX 834
YERINGTON, NV 89447

DB-JB INVESTMENTS, LLC
539 RIVERSIDE DR
RENO, NV 89503

```
DICKINSON WRIGHT PLCC
100 W. LIBERTY STREET
STE 940
RENO, NV 89501

DISCOUNT GARAGE DOORS
ADDRESS UNKNOWN

DOTSON LAW
5355 RENO CORPORATE DRIVE
STE 100
RENO, NV 89511

FOUNDRY
255 N. SIERRA STREET
STE 140
RENO, NV 89501

FRONTIER BUSINESS
PO BOX 5157
TAMPA, FL 33675

GO PARTNERSHIP LIMITED
LIMITED ACCOUNTING DEPT 15
15 ODGEN PARK
BRACKNELL, RG12 9AF

GRAINGER
701 GRAINGER WAY
MINOOKA, IL 60447

HERNANDEZ ELECTRIC, LLC
340 FREEPORT BLVD
STE 1
SPARKS, NV 89431

HIGH PLAINS PARTNERS, LLC
C/O CECILIA LEE, ESQ.
448 RIDGE STREET
RENO, NV 89501

IRIS LAB SOLUTIONS
3150 E. PICO STREET
LOS ANGELES, CA 90023

JAMES BARKLEY, CPA
14905 LA BRIANA AVE
RENO, NV 89511

JEFF J. RIFE & ASSOCIATES
102 S. CENTER STREET
YERINGTON, NV 89447

JOHN DEERE
ADDRESS UNKNOWN
```

```
JUSTIN MOORE
103 MCLEOD STREET
YERINGTON, NV 89447

JW WELDING SUPPLIES & TOOLS
1155 TAYLOR PLACE
YERINGTON, NV 89447

LYON COUNTY CLERK/TREASURER
27 SOUTH MAIN STREET
YERINGTON, NV 89447

MARRACCINI
617 MAIN STREET
YERINGTON, NV 89447

MATT MCCORMACK
302 DAYTON STREET
YERINGTON, NV 89447

MCMASTER-CARR
PO BOX 7690
CHICAGO, IL 60680

MILES CONSTRUCTION
61 INDUSTRIAL PARKWAY
CARSON CITY, NV 89706

NV ENERGY
PO BOX 30073
RENO, NV 89520

OLD DOMINION FREIGHT LINE
PO BOX 742296
LOS ANGELES, CA 90074

PERI & SONS FARMS
430 STATE ROUTE 339
YERINGTON, NV 89447

PHOENIX EQUIPMENT COMPANY
333 BROAD STREET
RED BANK, NJ 07701

POLYSOL, INC
4410 SHARPS ROAD
RENO, NV 89519

PRAXAIR
1300 GLENDALE AVE
SPARKS, NV 89431

PREFERRED NETWORK
28 N MAIN STREET
YERINGTON, NV 89447
```

```
PURE WATER SYSTEMS NEVADA
245 WINTER STREET
RENO, NV 89503

R&M SECURITY
406 IRONWOOD COURT
YERINGTON, NV 89447

RAVAGO CHEMICALS NORTH AMERICA
WESTERN REGION DEPT. 34748
PO BOX 3900

RENNER EQUIPMENT COMPANY
402 W BRIDGE STREET
YERINGTON, NV 89447

ROBERT A. GARRETT
PO BOX 1335
YERINGTON, NV 89447

SHAWN NELSON
ADDRESS UNKNOWN

SKIPJACK PREMIUM FINANCE COMPANY
10150 YORK ROAD
5TH FL
COCKEYSVILLE, MD 21030

SMITH FOOD MACHINERY INC
1133 N BROADWAY
STOCKTON, CA 95205

SNYDER MECHANICAL
ADDRESS UNKNOWN

SOUTHWEST GAS CORP
PO BOX 98890
LAS VEGAS, NV 89193

SOUTHWEST RAPID REWARDS
PO BOX 6294
CAROL STREAM, IL 60197

TANGENT MEMBRANES INC.
17379 RIVER RANCH RD
GRASS VALLEY, CA 95949

THE VINTNER VAULT
27941 DIAZ RD
STE B
TEMECULA, CA 92590

THOLL FENCE
800 GLENDALE AVE
SPARKS, NV 89431
```

```
TRUE VALUE HARDWARE
401 WEST GOLDFIELD AVE
YERINGTON, NV 89447

ULINE
PO BOX 88741
CHICAGO, IL 60680

UPS
PO BOX 894820
LOS ANGELES, CA 90189

VINCENT CORPORATION
2810 E. 5TH AVE
TAMPA, FL 33605

WEDCO
PO BOX 1131
RENO, NV 89504

WEED HEIGHTS DEVELOPMENT LLC
2 AUSTIN DRIVE
YERINGTON, NV 89447

YERINGTON AUTO PARTS
800 W. GOLDFIELD AVE
YERINGTON, NV 89447
```

Name, Address, Telephone No. & I.D. No.
**ALAN SMITH, ESQ.**
**505 RIDGE STREET**
**Reno, NV 89501**
**7752876850**
**1449 NV**

# UNITED STATES BANKRUPTCY COURT
District of Nevada

In Re
**EXTRACTECH, LLC**

Debtor(s)

BANKRUPTCY NO.
CHAPTER NO. **11**

## DECLARATION RE: ELECTRONIC FILING OF PETITION
SCHEDULES, STATEMENTS AND PLAN (if applicable)

### PART I - DECLARATION OF PETITIONER

I [We] __DAVID NEISINGH__ and _____, the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct. I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

- ☐ If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13. I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13. I request relief in accordance with the chapter specified in this petition.
- ☒ [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: **May 12, 2020**

Signed: **/s/ DAVID NEISINGH**
**DAVID NEISINGH/MANAGER**
(Applicant)

### PART II - DECLARATION OF ATTORNEY

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated: **May 12, 2020**

Signed: **/s/ ALAN SMITH, ESQ.**
**ALAN SMITH, ESQ.**
Attorney for Debtor(s)