**WANGER JONES HELSLEY PC**
Riley C. Walter, CA Bar #91839
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
Email: rwalter@wjhattorneys.com

Attorneys for Interested Party, Summer Solstice, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 20-50496 |
| EXTRACTECH, LLC, | Chapter 11 |
| Debtor in Possession | **NOTICE OF NO CONSENT TO USE CASH COLLATERAL** |

    NOTICE IS HEREBY GIVEN that, Summer Solstice, LLC ("Summer Solstice") has not consented to the use of any cash collateral pursuant to Bankruptcy Code § 363(c)(2)(A). Such consent will be provided only in a writing subscribed by counsel of record for Summer Solstice and no party in interest should not rely upon any purported oral consent.

    NOTICE IS FURTHER GIVEN that the obligation to segregate and account for cash collateral under Bankruptcy Code § 363(c)(4) remains in effect and has not been waived or modified. This notice is without prejudice to any future consent, stipulation or agreement for use of cash collateral that is consistent herewith. Summer Solstice reserves all rights.

Dated: May 14, 2020

                                               WANGER JONES HELSLEY PC

                                               By: /s/ Riley C. Walter
                                                   Riley C. Walter, Attorneys for
                                                   Interested Party Summer Solstice, LLC