TIMOTHY S. LAFFREDI (WI SBN 1055133)
Assistant United States Trustee
CAMERON M. GULDEN (MN SBN 310931)
Trial Attorney
JARED A. DAY (CA SBN 275687)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Booth Street, Suite 3009
Reno, NV 89509
Telephone: (775) 784-5335
Telecopier: (775) 784-5531
Email: cameron.m.gulden@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No. 20-50496-BTB |
| Extractech, LLC, | Chapter 11 |
| Debtor(s). | |

### APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. § 1102(a), Tracy Hope Davis, the United States Trustee for Region 17, by and through her undersigned counsel, hereby appoints the following unsecured creditors to be members of the Official Committee of Unsecured Creditors in the above-captioned case:

| | |
|---|---|
| **Hernandez Electric, LLC**<br>Attn: Rutilo Lara<br>340 Freeport Blvd., Suite #1<br>Sparks, NV 89431<br>Phone: (775) 433-3763<br>E-mail: hernandezelectric@yahoo.com | Identified Counsel:<br><br>**William D. Cope**<br>Law Offices of William D. Cope<br>505 Ridge Street<br>Reno, NV 89501<br>Phone: (775) 333-0838<br>E-mail: william@copebklaw.com |
| **Robert A. Garrett**<br>PO Box 1335<br>Yerington, NV 89447<br>Phone: (209) 482-4941<br>E-mail: bobgsminc@gmail.com | Identified Counsel: None |

| **Ace Hardware** <br> Attn: Cheryl Giomi <br> 119 W. Bridge Street <br> Yerington, NV 89447 <br> Phone: (775) 463-4427 <br> E-mail: giomi@aceretailer.com | Identified Counsel: None |
|---|---|

Dated: June 3, 2020                    Respectfully Submitted,

                                       TRACY HOPE DAVIS
                                       UNITED STATES TRUSTEE

                                       */s/ Timothy S. Laffredi*
                                       Timothy S. Laffredi
                                       Assistant United States Trustee