E-filed on **July 10, 2020**

**ALAN R. SMITH, ESQ.**
Name

**SBN 1449 NV**
Bar Code #

**505 RIDGE STREET**
**RENO, NV 89501-1719**
Address

**(775) 786-4579**
Phone Number

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: **EXTRACTECH, LLC**

Case No.: **20-50496**
Chapter: **11**
Trustee

Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ☐ Voluntary Petition (specify reason for amendment)
- ☐ Summary of Schedules
- ☐ Statistical Summary of Certain Liabilities
- ☐ Schedule A - Real Property
- ☐ Schedule B - Personal Property
- ☐ Schedule C - Property Claimed as exempt
- ☑ Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
  - ☐ Add/delete creditor(s), change amount or classification of debt - **$31 Fee required**
  - ☑ Add/change address of already listed creditor - **No fee**
- ☐ Schedule G - Schedule of Executory Contracts and Unexpired Leases
- ☐ Schedule H - CoDebtors
- ☐ Schedule I - Current Income of Individual Debtor(s)
- ☐ Schedule J - Current Expenditures of Individual Debtor(s)
- ☐ Declaration Concerning Debtor's Schedules
- ☐ Statement of Financial Affairs and/or Declaration
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☐ Disclosure of Compensation of Attorney for Debtor(s)
- ☐ Statement of Current Monthly Income and Means Test Calculation
- ☐ Certification of Credit Counseling
- ☐ Other: __

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

E-filed on __**July 10, 2020**__

## Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

__/s/ DAVID NEISINGH__
**DAVID NEISINGH**
**Debtor's Signature**
**Date:** __July 10, 2020__

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: **EXTRACTECH, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): **20-50496**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **DB-JB INVESTMENTS, LLC**<br>Creditor's Name<br><br>**539 RIVERSIDE DR**<br>**Reno, NV 89503**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. DB-JB INVESTMENTS, LLC**<br>**2. LYON COUNTY CLERK/TREASURER** | Describe debtor's property that is subject to a lien<br>**103 Mcleod Street, Yerington, NV; APN 1-541-08**<br>**37,000 sq. ft. Processing Facility on 12 acres Industrial Property; 100% Interest**<br><br>Describe the lien<br>**First Deed of Trust**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,543,750.00 | $2,000,000.00 |
| **2.2** **HIGH PLAINS PARTNERS, LLC**<br>Creditor's Name<br>**C/O CECILIA LEE, ESQ.**<br>**448 RIDGE STREET**<br>**RENO, NV 89501**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred | Describe debtor's property that is subject to a lien<br>**Processing Equipment (SEE ATTACHED)**<br><br>Describe the lien<br>**Perfected Security Interest**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $2,535,000.00 | $392,189.00 |

Official Form 206D  Schedule D: Creditors Who Have Claims Secured by Property  page 1 of 3

Debtor **EXTRACTECH, LLC**　　　　　　　　　　　　　　　　　　Case number (if known) **20-50496**
　　　　　Name

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.3**　**LYON COUNTY CLERK/TREASURER**　　　　Describe debtor's property that is subject to a lien　　$7,194.59　　$2,000,000.00
　　　Creditor's Name
　　　　　　　　　　　　　　　　　　　　**103 Mcleod Street, Yerington, NV; APN 1-541-08**
　　　　　　　　　　　　　　　　　　　　**37,000 sq. ft. Processing Facility on 12 acres**
**27 SOUTH MAIN STREET**　　　　　　　　**Industrial Property; 100% Interest**
**Yerington, NV 89447**
　Creditor's mailing address

　　　　　　　　　　　　　　Describe the lien
　　　　　　　　　　　　　　**Tax Lien**

　　　　　　　　　　　　　　Is the creditor an insider or related party?
　Creditor's email address, if known　■ No
　　　　　　　　　　　　　　☐ Yes

**Date debt was incurred**　　　　Is anyone else liable on this claim?
　　　　　　　　　　　　　　■ No
**Last 4 digits of account number**　　☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

**2.4**　**TERPENEX, LLC**　　　　　　　　Describe debtor's property that is subject to a lien　　$1,106,180.76　　$1,106,180.76
　　　Creditor's Name　　　　　　　　**Processing Equipment**
**c/o Amy N. Tirre, Esq.**
**3715 Lakeside Drive, Ste. A**
**Reno, NV 89509**
　Creditor's mailing address
　　　　　　　　　　　　　　Describe the lien
　　　　　　　　　　　　　　**Sales Contract & Security Agreement/UCC-1**
　　　　　　　　　　　　　　Is the creditor an insider or related party?
　Creditor's email address, if known　■ No
　　　　　　　　　　　　　　☐ Yes

**Date debt was incurred**　　　　Is anyone else liable on this claim?
　　　　　　　　　　　　　　■ No
**Last 4 digits of account number**　　☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**3.**　**Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**　　**$7,192,125.35**

**Part 2:**　**List Others to Be Notified for a Debt Already Listed in Part 1**

| Debtor | EXTRACTECH, LLC | Case number (if known) | 20-50496 |
|---|---|---|---|
| | Name | | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

ASSET INVE REPORT DA    43971

ITEM DESCRIPTION AND DETAILS-

| # | NAME: | DESCRIPTIC | ASSET TAG | SELLER: | Current Val | PIC |
|---|---|---|---|---|---|---|
| 1 | HIGH-TECH | SHINGLE M | 0001 | PRIVATE SE | 300 | 1 |
| 3 | EDIBLES HC | ACTIONPA( | 0003 | | 600 | 3 |
| 4 | TOPTION H | MODEL #U | 0004 | XIAN TOPTION | | 4 |
| 5 | TOPTION H | MODEL #U | 0005 | XIAN TOPTION | | 4 |
| 6 | TOPTION H | MODEL #U | 0006 | XIAN TOPTION | | 4 |
| 7 | TOPTION H | MODEL #U | 0007 | XIAN TOPTION | | 4 |
| 8 | TOPTION H | MODEL HR | 0008 | XIAN TOPTION | | 5 |
| 9 | TOPTION H | MODEL HR | 0009 | XIAN TOPTION | | 5 |
| 10 | DISTILLATI( | N/A | 0010 | wiped film | 4500 | 6 |
| 11 | TOPTION H | MOLECULA | N/A | XIAN TOPTION | | 7 |
| 12 | TOPTION H | MOLECULA | N/A | XIAN TOPTION | | 7 |
| 13 | TOPTION H | MOLECULA | N/A | XIAN TOPTION | | 7 |
| 25 | DCI, INC. | STAINLESS | N/A | | 1500 | 13 |
| 26 | NORTHLAN | STAINLESS | N/A | PHOENIX E | 1700 | 14 |
| 27 | IKA WORKS | MIXING TA | N/A | | 800 | 15 |
| 30 | MILLIPORE | GLASS COL | N/A | | 0 | 18 |
| 31 | MILLIPORE | Glass COLL | N/A | | 300 | 19 |
| 32 | JET MIXER | | N/A | | 2500 | 20 |
| 36 | PRECISION | STAINLESS | N/A | | 1800 | 22 |
| 37 | LEE INDUST | STAINLESS | N/A | PHOENIX E | 4500 | 23 |
| 38 | WAUKESH/ | STAINLESS | N/A | | 1600 | 24 |
| 42 | TOPTION I | LARGE | N/A | XIAN TOPTI | 0 | 27 |
| 43 | TOPTION I | LARGE | N/A | XIAN TOPTI | 0 | 27 |
| 44 | TOPTION I | LARGE | N/A | XIAN TOPTI | 0 | 28 |
| 45 | TOPTION I | SMALL | N/A | XIAN TOPTI | 0 | 29 |
| 46 | TOPTION I | SMALL | N/A | XIAN TOPTI | 0 | 30 |
| 48 | COMMUNI | CBM-20A | N/A | | | 32 |
| 51 | WALKER | STAINLESS | N/A | PHOENIX E | 2800 | 34 |
| 52 | WALKER | STAINLESS | N/A | | | 35 |
| 54 | VINCENT C | VINCENT S | N/A | VINCENT C | 55000 | 37 |

| # | Mfr | Model | | Location | Value | Ref |
|---|---|---|---|---|---|---|
| 57 | QYZ | BUTTER PR | N/A | | 3000 | 40 |
| 58 | N/A | CONVEYOR | N/A | | 1500 | 41 |
| 60 | PERI & SON | TMR SUPRI | N/A | PERI & SON | 12000 | 43 |
| 61 | CHEM-TEK | DIMPLE JA( | N/A | RABIN | 1700 | 44 |
| 62 | CONTINEN | SS WATER | N/A | | 100 | 45 |
| 63 | DURA PULS | SEPARATOI | N/A | PHOENIX E | 500 | 46 |
| 64 | ALFA-LAVA | SS DISC CEI | N/A | PHOENIX E | 3400 | 47 |
| 65 | EDIBLES | JAR SEALEF | N/A | | 300 | 48 |
| 67 | HOBART | 80QT MIXE | N/A | RABIN | 1800 | 50 |
| 68 | R&D COATI | COATING P | N/A | RABIN | 1700 | 51 |
| 70 | BWVAC | TRP-48 | N/A | broken vac | 0 | 53 |
| 75 | BUSCH MII | MM 1144 I | N/A | | 800 | 57 |
| 76 | BUSCH MII | MM 1144 I | N/A | | 800 | 57 |
| 77 | BUSCH MII | MM 1144 I | N/A | | 800 | 57 |
| 78 | BUSCH MII | MM 1144 I | N/A | | 800 | 57 |
| 83 | J & D ENTE | HEAT TUNI | N/A | RABIN | 500 | 60 |
| 87 | AGILENT 1: | OPEN LAB ( | N/A | AGILENT | 2200 | 64 |
| 88 | AGILENT 1: | OPEN LAB ( | N/A | AGILENT | 200 | 64 |
| 89 | AGILENT 1: | OPEN LAB ( | N/A | AGILENT | 200 | 64 |
| 90 | AGILENT 1: | OPEN LAB ( | N/A | AGILENT | 200 | 64 |
| 91 | AGILENT 1: | OPEN LAB ( | N/A | AGILENT | 200 | 64 |
| 92 | AGILENT 1: | OPEN LAB ( | N/A | AGILENT | 200 | 64 |
| 93 | HP SERIES | OPEN LAB ( | N/A | AGILENT | 200 | 64 |
| 94 | ULTRASON | N/A | N/A | | 75 | 65 |
| 95 | ULTRASON | N/A | N/A | | 75 | 65 |
| | CART | XUV825M | N/A | | | |
| 100 | WILDCAT | TRAVEL TR | N/A | WESTERN F | 5500 | 70 |
| 103 | BIG TEX TR. | DIAMONDI | N/A | GREEN VAL | 5500 | 73 |
| 104 | SUNDS | DEFIBRATC | N/A | MACHINER | 7000 | 74 |
| 105 | TOLAN MA | GEMCO VA | N/A | LOUISIANA | 22000 | 75 |
| | NEW HOLL | L228 BOBC | N/A | | | |
| 107 | ULVAC | INDUCTION | N/A | | 100 | N1 |
| 108 | NORTHLAN | STAINLESS | N/A | PHOENIX E | 1800 | N2 |
| 109 | CHERRY-BL | STAINLESS | N/A | PHOENIX E | 5320 | N3 |
| 111 | SPEEDY INI | TENNANT I | N/A | SPEEDY | 2200 | N5 |
| 112 | ARNOLD M | MERLO P2 | N/A | ARNOLD | 55000 | N6 |
| 113 | KAESER | ROTARY SC | N/A | PHOENIX E | 1200 | N7 |
| 114 | KAESER | ROTARY SC | N/A | PHOENIX E | 1200 | N8 |
| 115 | KAESER | ROTARY SC | N/A | PHOENIX E | 1200 | N9 |
| 116 | ALLEGHEN | STAINLESS | N/A | | 1000 | N10 |

| # | Item | Desc | | Vendor | Amount | Ref |
|---|---|---|---|---|---|---|
| 117 | ALLEGHEN' | STAINLESS | N/A | | 1000 | N10 |
| 118 | ARNOLD M | HLA FORKL | N/A | ARNOLD | 1000 | N11 |
| 121 | BALDOR | WASHDOW | N/A | $100 | 100 | N14 |
| 122 | ULVAC | INDUCTION | N/A | $100 | 100 | N15 |
| 123 | EDINIQ | N/A | N/A | $100 | 100 | N16 |
| 125 | ECRECON ( | 2,000 GALL | N/A | ECRECON | 750-0 | N18 |
| 126 | HLA | FORKLIFT A | N/A | | 500 | N19 |
| 127 | EDENIQ | 300 CU FT I | N/A | PHOENIX E | 3700 | N20 |
| 128 | ARMSTRON | FIN FAN HE | N/A | PHOENIX E | 2200 | N21 |
| 129 | LIGHTNIN | STAINLESS | N/A | | 700 | N22 |
| 130 | N/A | STAINLESS | N/A | | 700 | N23 |
| 131 | GENSTAR | REEFER CO | N/A | MID-STATE | 5000 | N24 |
| 132 | JINDO COR | REEFER CO | N/A | AZTEC | 5000 | N25 |
| 133 | CIMC | REEFER CO | N/A | AZTEC | 5000 | N26 |
| 134 | CIMC | REEFER CO | N/A | ITS CONGL( | 500 | N27 |
| 137 | MEDLIN RA | STATIONAF | N/A | MEDLIN RA | 3500 | N30 |
| 138 | EQUIPNET, | METTLER T | N/A | EQUIPNET | 600 | N31 |
| 139 | AIRGAS | MILLER TIG | N/A | AIRGAS | 800 | N32 |
| 140 | SCALEFAST | FLIR CAMEI | N/A | SCALEFAST | 150 | N33 |
| 141 | PURE WATI | RO EQUIPN | N/A | PURE WATI | 3345 | N34 |
| 145 | PERI & SON | CONVEYOR | N/A | PERI & SONS | | N36 |
| 146 | PERI & SON | HEMP CUT | N/A | PERI & SONS | | N37 |
| 147 | SMITH FOC | INTRALOX I | N/A | SMITH FOC | 3000 | N38 |
| 148 | SMITH FOC | INTRALOX I | N/A | SMITH FOC | 500 | N39 |
| 149 | N/A | MATERIAL | N/A | | | N40 |
| 150 | GLOBAL EC | BALLYMOR | N/A | GLOBAL EC | 700 | N41 |
| 151 | CHERRY-BL | STAINLESS | N/A | PHOENIX E | 2500 | N/A |
| 152 | PRECISION | STAINLESS | N/A | PHOENIX E | 2500 | N/A |
| 153 | CHERRY-BL | STAINLESS | N/A | PHOENIX E | 1800 | N/A |
| 154 | GOULDS | STAINLESS | N/A | PHOENIX E | 1700 | N/A |
| 155 | GOULDS | STAINLESS | N/A | PHOENIX E | 900 | N/A |
| 156 | GOULDS | STAINLESS | N/A | PHOENIX E | 900 | N/A |
| 157 | GOULDS | STAINLESS | N/A | PHOENIX E | 900 | N/A |
| 158 | GOULDS | STAINLESS | N/A | PHOENIX E | 900 | N/A |
| 159 | GOULDS | STAINLESS | N/A | PHOENIX E | 900 | N/A |
| 160 | GOULDS | STAINLESS | N/A | PHOENIX E | 900 | N/A |
| 161 | GOULDS | STAINLESS | N/A | PHOENIX E | 1100 | N/A |
| 162 | GOULDS | STAINLESS | N/A | PHOENIX E | 150 | N/A |
| 163 | GOULDS | STAINLESS | N/A | PHOENIX E | 500 | N/A |
| 164 | GOULDS | STAINLESS | N/A | PHOENIX E | 500 | N/A |
| 165 | GOULDS | STAINLESS | N/A | PHOENIX E | 500 | N/A |
| 166 | GOULDS | STAINLESS | N/A | PHOENIX E | 500 | N/A |
| 168 | GOULDS | STAINLESS | N/A | PHOENIX E | 500 | N/A |
| 169 | SPECTRAFL | COLOR LAB | N/A | SPECTRAFL | 799 | N/A |

| # | Description | | | Vendor | Value | Code |
|---|---|---|---|---|---|---|
| 170 | STAINLESS | STAINLESS | N/A | PHOENIX E | 5500 | N/A |
| 171 | YORK CHILI | 267 TON AI | N/A | PHOENIX E | 10000 | N/A |
| 172 | ANDY J. EG | STAINLESS | N/A | PHOENIX E | 4300 | N/A |
| 173 | ANDY J. EG | STAINLESS | N/A | PHOENIX E | 4300 | N/A |
| 174 | KUNG TECH | PRE-ROLL ( | N/A | KUNG TECH | 200 | N/A |
| 175 | CUSTOM C | INDUSTRIA | N/A | CUSTOM C | 450 | N/A |
| 186 | GENSTAR | REEFER CO | N/A | MID-STATE | 200 | N/A |
| | | | | | 301764 | |
| | Kevins equipment | | | | | |
| 16 | TOPTION I | VACUUM C | N/A | | 1500 | 10 |
| 17 | TOPTION I | VACUUM C | N/A | | 1500 | 10 |
| 18 | TOPTION I | VACUUM C | N/A | | 1500 | 10 |
| 19 | TOPTION I | VACUUM C | N/A | | 1500 | 10 |
| 33 | PALL | CHROMAT( | N/A | $6000 | 6000 | 21 |
| 34 | PALL | CHROMAT( | N/A | $6000 | 6000 | 21 |
| 35 | PALL | CHROMAT( | N/A | $6000 | 6000 | 21 |
| 14 | ADCRAFT | HEATER PR | N/A | warming o | 75 | 8 |
| 15 | WINHOLT | HEATER PR | N/A | warming o | 75 | 9 |
| 21 | TOPTION I | !00 L GLAS! | N/A | XIAN TOPTI | 1000 | 12 |
| 22 | TOPTION I | !00 L GLAS! | N/A | XIAN TOPTI | 1000 | 12 |
| 23 | TOPTION I | !00 L GLAS! | N/A | XIAN TOPTI | 1000 | 12 |
| 24 | TOPTION I | !00 L GLAS! | N/A | XIAN TOPTI | 1000 | 12 |
| 49 | SHIMADZU | CHROMAT( | N/A | SHIMADZU | 1800 | 33 |
| 50 | SHIMADZU | CHROMAT( | N/A | SHIMADZU | 1800 | 33 |
| 79 | ROLLING ST | N/A | N/A | | 75 | 58 |
| 80 | ROLLING ST | N/A | N/A | | 75 | 58 |
| 81 | ROLLING ST | N/A | N/A | | 75 | 58 |
| 142 | COKER PUI | COKER LIQI | N/A | COKER | 650 | N35 |
| 143 | COKER PUI | COKER LIQI | N/A | COKER | 650 | N35 |
| 144 | COKER PUI | COKER LIQI | N/A | COKER | 650 | N35 |
| 71 | MILLIPORE | LINTICULAI | N/A | | 1200 | 54 |
| 72 | MILLIPORE | LINTICULAI | N/A | | 1200 | 54 |
| 74 | MILLIPORE | LINTICULAI | N/A | | 500 | 56 |
| 82 | MILLIPORE | LINTICULAI | N/A | | 500 | 59 |
| 28 | Shell and t | Busy bee fa | N/A | | 10000 | 16 |
| 47 | PALL | HYDRAULI( | N/A | | 2000 | 31 |
| 53 | CARLSEN & | PUMP | N/A | | 300 | 36 |
| 56 | ATI | N/A | N/A | | 15000 | 39 |
| | Vertical conveyor | | | | 1800 | 39 |
| 40 | CN DIENUC | Transforme | N/A | | 300 | 26 |
| 41 | CN DIENUC | Transforme | N/A | | 300 | 26 |
| 84 | WATTSAVE | Conveyor | N/A | | 1500 | 61 |
| 29 | PARTIAL R( | N/A | N/A | | 100 | 17 |

| # | Item | | Mfr | Value | Ref |
|---|---|---|---|---|---|
| 39 | CERTIFIED SS separati | N/A | | 600 | 25 |
| 66 | WATSON 6 IP55 Paristi | N/A | | 300 | 49 |
| | Chiller | TAE EVOTECH / MTA | | 3500 | |
| | Boiler | Mighty Therm 2 | | 2000 | |

Webbers equipment not invested

| # | Item | | Value | Ref |
|---|---|---|---|---|
| 101 | ORKEL | MP2000 C( N/A | | 71 |
| 102 | KRONE | BIG X 700  N/A | | 72 |

Davids contribution

| # | Item | | Mfr | Value | Ref |
|---|---|---|---|---|---|
| 85 | TOPTION I ROTARY EV | N/A | XIAN TOPTI | 500 | 62 |
| 85 | TOPTION I ROTARY EV | N/A | XIAN TOPTI | 200 | 62 |
| 86 | TOPTION I VACUUM P | N/A | XIAN TOPTI | 2300 | 63 |
| 96 | jilabo heater chiller | | | 800 | 66 |
| 97 | COMPATIB heater chill | N/A | | 1200 | 67 |
| 98 | BRISK HEAT N/A | N/A | | 1200 | 68 |
| 99 | IKA EUROS N/A | N/A | | 1200 | 69 |
| 2 | PRE-ROLL ( N/A | 0002 | | 5000 | 2 |
| 73 | ALLIANCE L WASHER E) | N/A | | 3000 | 55 |

came with building

| # | Item | | | Value | Ref |
|---|---|---|---|---|---|
| 55 | WILDEN | PUMP | N/A | | |
| 55 | WILDEN | PUMP | N/A | | 38 |
| | | | | 90425 | |

Total Equip  392189

CURRENT Inventory    5/14/2002

|  | Volume | Price | Total Value |
|---|---|---|---|
| ETHANOL Liters | 4000 | $6.00 | $6,340.08 |
| BIOMASS LBS. | 15000 | $2.00 | $30,000.00 |
| ISOLATE | 14.045 | $550.00 | $7,724.75 |
| live oil | 208 | $220.00 | $45,760.00 |
| Distillate | 50 | $350.00 | $17,500.00 |
| Live oil at Slaviks | 206 | $220.00 | $45,320.00 |
|  |  |  | $152,644.83 |